Michael J

THE STATE 
 OF SOUTH CAROLINA
In the Court 
 of Appeals

 
 
 
The
State,        Respondent,
 
 
 

v.

 
 
 
Wallace Duncan,
Jr.,        Appellant.
 
 
 

Appeal From 
 Marion County
James E. Brogdon, 
 Jr., Circuit Court Judge

Unpublished 
 Opinion No. 2003-UP-531
Submitted May 
 30, 2003  Filed September 4, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia,
for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald 
 J. Zelenka, all of Columbia;  and Solicitor Edgar Lewis Clements, III, of Florence, 
 for Respondent.
 
 
 

PER CURIAM:  Wallace Duncan, Jr., appeals his 
 plea of guilty to voluntary manslaughter.  The judge sentenced Duncan to twenty 
 years imprisonment. 
Pursuant to Anders v. California, 386 U.S. 
 738 (1967), counsel for Duncan attached to the final brief a petition to be 
 relieved as counsel, stating he had reviewed the record and concluded Duncans 
 appeal of his guilty plea is without legal merit sufficient to warrant a new 
 trial.  Duncan did not file a separate pro se response.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.